George W. Wyma, Minor, by Mother and Next Friend, Anna Wyma, Appellee, v. De Fay Wonder Cleaners, Inc., Appellant.

Gen. No. 44,085.

opinion filed February 4, 1948; released for publication February 20, 1948. Wyatt Jacobs, for appellant; Charles E. Heckler, of counsel; James A. Dooley and Lewis L. Root, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.